Herschel H. MASON, Petitioner, v. Martin J. WADE, Judge, etc.

(Circuit Court of Appeals, Eighth Circuit. September 22, 1925.)

No. 283 Orig.

On Petition for Writ of Mandamus.

Herschel H. Mason, for petitioner.

Frank F. Wilson, Asst. U. S. Atty., of Mt. Ayr, Iowa, for respondent.

PER CURIAM. Petition for writ of mandamus denied, for want of jurisdiction.

---

2

Mike MILLER v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4522.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Behrendt & Behrendt, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

---

3

M. KANANACK & CO., Inc., Meyer Kananack and Irving Kananack, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.*

(Circuit Court of Appeals, Second Circuit. March 15, 1926.)

No. 196.

In Error to the District Court of the United States for the Southern District of New York.

John B. Johnston, of New York City (Vine H. Smith and Lazarus Joseph, both of New York City, of counsel, and Jacob S. Demov, of New York City, on the brief), for plaintiffs in error.

*Certiorari denied 46 S. Ct. 633, 70 L. Ed. —-.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel, William J. Millard, and Raphael Koenig, Asst. U. S. Attys., all of New York City, of counsel), for the United States.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

4

Edwin S. MONCE v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4430.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

Donald F. Melhorn and H. W. Fraser, both of Toledo, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., of Toledo, Ohio.

PER CURIAM. Judgment of the District Court affirmed.

---

5

Dave MOTYOK v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4515.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Joseph Fabian, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.